UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

**KHUSRO PARVEZ**  *Case No.: 04-56214-TJT*
 *Chapter 7*
 *Honorable THOMAS J. TUCKER*

_____Debtor (s)_____/

NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4,653.74 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| KHURSO PARVEZ<br>23441 JAYNES<br>FARMINGTON HILLS, MI 48336 | N/A | $4,653.74 |
|  |  |  |

Dated: November 7, 2020

/s/ WENDY TURNER LEWIS (P39505)
Chapter 7 Trustee
444 West Willis, Suite 101
Detroit, MI 48201
313/832.5555
wtlewis@ameritech.net